No. 483. FEDERAL POWER COMMISSION *v.* IDAHO POWER Co. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. MR. JUSTICE BURTON took no part in the consideration or decision of this application. *Solicitor General Perlman* for petitioner. *A. C. Inman* and *Harry A. Poth, Jr.* for respondent.

No. 543. ON LEE *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *Henry K. Chapman* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.

No. 271, Misc. DANIELS ET AL. *v.* ALLEN, WARDEN. C. A. 4th Cir. Certiorari granted. *O. John Rogge, Murray A. Gordon* and *Herman L. Taylor* for petitioners. *Harry McMullan,* Attorney General of North Carolina, and *Ralph Moody,* Assistant Attorney General, for respondent.

No. 16. JOHNSON *v.* JOHNSON. Supreme Court of Florida. Certiorari denied. *Karl F. Steinmann* for petitioner. *L. J. Cushman* for respondent.

No. 486. SOMERVILLE *v.* CAPITAL TRANSIT Co. ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Dorsey K. Offutt* for petitioner.

No. 487. UNITED STATES *v.* AMERICAN-HAWAIIAN STEAMSHIP Co. C. A. 2d Cir. Certiorari denied. *So-*